CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 25 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHNNIE LEE JUSTICE, | ) | |
|     Petitioner, | ) | Civil Action No. 7:07cv00501 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

(1)      that this action is **CONSTRUED** as a petition for writ of habeas corpus under 28 U.S.C. § 2254;

(2)      that this action is **FILED** solely for the administrative convenience of the Clerk;

(3)      that this action is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia. The Clerk of this Court is directed to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the United States District Court for the Eastern District of Virginia.

The Clerk is further directed to send a copy of this Order to the petitioner.

ENTER: This 24th day of October, 2007.

_____
United States District Judge